# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

August 2, 2019

**VIA CM/ECF**
Hon. Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE: **Chen v. Oceanica Chinese Restaurant, Inc., et al.**
       **1:13-cv-04623-NGG-PK**
       **Supplemental Letter Providing Further Information about the Costs**

Dear Judge Peggy Kuo:

  This office represents Plaintiff in the above-referenced case. We write to provide detailed information about the relevant deposition costs and service fees in Letter filed at Dkt. #147, pursuant to the Court Order on August 1, 2019 (Dkt. #151).

  1. Deposition on December 17, 2014. Fees are in total $1,005 =$700(C0001-0002)+$305(C0003-0004). This deposition was cancelled on the same day and the Interpreters showed up before it was cancelled, causing inevitable translation fees of $700 for a whole date deposition, which was paid by check.
  2. Deposition on February 2, 2015. Fees are in total $1016.5 =$466.5(C0005-0007)+$550(C0008-0009).
  3. Filing fee: $400.
  4. Service Fees in total $141.76 = $55+$75+$11.76.   $75 (C0010) is cost for process of service of original complaint dated September 12, 2013.  $55 was billed to the firm on May 8, 2014 for service of subpoenas (C0011) There are also costs of stamps of letters to three plaintiffs for a total amount of $(C0013-C0014)
  5. Translation fee, $25 (C0012).

  We hereby respectfully provide the court with our proof of costs (total $2,588.26) related to depositions, in Exhibit 1, according to our derailed calculation as above.

            Respectfully submitted,

            HANG & ASSOCIATES, PLLC
            */s/ Jian Hang*_____
            Jian Hang, Esq.
            136-20 38th Ave., Suite 10G

                                        Flushing, NY 11354
                                        Tel: 718.353.8588
                                        Fax: 718.353.6288
                                        E-mail:jhang@hanglaw.com
                                        *Attorney for Plaintiffs*

(via ECF)